**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Texas Speed Dynamics LLC**                                    CASE NO   **22-40934-elm7**

                                                                          CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached creditors have been added to the official mailing matrix.


Date  5/4/2022 _____                Signature   **/s/ Robert David Lain** _____
                                                           **Robert David Lain**
                                                           **President**



Date _____                          Signature   _____

A.J. McClought
370 N. State Hwy 360
Apt. 4200
Mansfield, Texas  76063

Abel Carmona
2501 FM 718
Rhome, TX 76078

Adrian Sanchez
102 Brookview Ct
Waxahachie, Tx. 75165

Alberto Martinez
202 Latiner St
Ennis, TX. 75119

Alex Collums
319 west pine
Enid, OK 73701

American Express
PO Box 981535
El Paso, TX 79998

Andres Santiago
219 Adventus Ct
Mansfield, TX. 76063

Andrew Hernandez
1321 W Broadus Ave.
Fort Worth. TX. 76115

Andy Gutierrez*

Arthur Moore*


Artiss Williams
1505 South 7th St
Monroe, LA 71202


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


Bennie Davis
PO Box 13112
Longview, TX 75607


Bernanrdo Avelar
5106 Cabin Lake Dr.
San Antonio, TX. 78244


Bill Leonard*


Bob Schofield*


Brandon Atkins
921 Wilderness Pass
Cedar Hill, TX. 75014


Brent Beck
815 E. 3rd street
Lancaster, TX. 75146

Caleb Harbson
8 Pinedale Ct.
Mansfield, TX. 76063


Carlton Taylor
1712 Jones St.
Coushatta, LA 71019


Cesar Argoaze*



Charles Bancroft*




Chris Howell
3022 megan ave
Durant, OK 74701


Chris Rush*




CJ Allen*




Clayton Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010


Cody Gerth
5225 Calloway St
Unit B
Fort Worth, TX 76114

Craig Harr*

Dave Clayton
2204 Del Ray Ct
Arlington, TX 76013

Dimairo Mark
414 Elmo St.
Cleburne, TX. 76031

Doug Tierney
131 Saddlebrook Ct.
Rome, TX. 76078

Dylen Grezlik*

Eric Hayden
9153 Watercress Dr.
Fort Worth, TX 76135

Erney Gomez*

Fernando Zamudio*

Greg Moakes
3985 Davila Dr.
Dallas, TX 75220

H&A Greenly Transport
aka Harlan Greenlee
8116 Jolie Dr.
Fort Worth, TX 76137


Heston Williams
8424 Deerwood Forest Dr.
Fort Worth, TX. 76126


Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce Street, MC 5026 DAL
Dallas, TX 75242


Isi Faiva*


Jared Harrison
522 Glacial Stream Lan
Cedar Park, TX  78613


Jason Choate*


Jason DuBose*

Jason Langley
165 Roscoe Ln.
Midlothian, TX 76065


Javier Perez*



Jay Bishop*




Jeffery VanderWoled
PMB 21369
Pensacola, FL. 32513


Jerry Bluitt
240 FM 3039
Combine, TX. 75159


Jessie Faz
2338 Rexlawn Dr.
Dallas, TX. 75227


Joe Portales*



Joe Rodarte*




Johnny Davila
5713 Meandeing Rd.
River Oaks, TX 76114

Jon Cheesbro*

Jorge Ordaz*

Joseph Couch
1034 Balsam Dr.
Arlington, TX. 76006

Joseph Neyar
8101 Boat Club Rd. Unit 240
Fort Worth, TX 76179

Josh Roardan
7249 Drury Cross Road
Burleson, TX 76028

Josh Watt*

Juan Hernandez*

Justin Hall*

Justin Hess
5420 Medlin Ct.
Flower Mound, TX. 75028

Kenny Lewis
4204 Summit Ridge Dr.
Dallas, TX. 75216


Kent Wylie
1732 Steam Boat dr
Plano Tx. 75025


Kevin Burnham
5845 Stone Mountain Rd.
The Colony, TX 75056


Klaus Christopher*


Lawrence Sharp
125 Hidalgo Ln.
Arlington, TX. 76014


Luis Jessi*


Mark Noble
1217 Cimmaron Ct
Alvarado, TX 76009


Mark Perez
Suite 131-197
4621 S. Cooper
Arlington, TX. 76017


Mark Rendon*

Mark Zello*

Mason Justice*

Matt Dixon*

Michael Pait*

Mike Musser*

Monica Jaime
244 Cotton Dr.
Mansfield, Tx. 76063

National Funding, Inc.
9530 Towne Centre Drive, Ste 120
San Diego, CA 92121

Orlando Castillon*

Paccer Duddington
15927 Viney Creek Dr
Houston, TX 77095

Pepe "Steve" Sogovia*

Randy Williams
400 Preston Blvd. Apt.18
Bossier City, Louisiana. 71111

Raunel Tejeda Exodus*

Reliant Funding
9540 Town Centre Drive, Suite 200
San Diego, CA 92142

Ricky Peyton*

Robert Beman*

Robert Chenoweth
16280 E. Secretariat Dr.
Loxahatchee, Florida. 33470

Robert Johnson
6000 King William Dr.
Arlington, TX. 76018

Robert Lain
4405 Thorp Lane
Keller, TX 76244

Robert Lain
4405 Thorp Ln
Keller, TX 76244


Robert Lain
4405 Thorp Lane
Fort Worth, TX 76244


Ruben Ramon
428 Moore
Seguin, TX 78155


Russell Blum
3615 Hallow Creek Rd
Arlington, TX 76001


Ryan Khan
2003 W. Pioneer Parkway #B
Arlington, TX. 76013


Sam Florez*


Scott Bridgeman
717 S. Greenville Ave Ste 100
Allen, TX 75002


Scott Klore
501 Chealsea Dr.
Midlothian, TX. 76065


Secret Properties
PO Box 213
Kennedale, TX 76060

Shanna Terry*

Taylor Massey*

Terry Conerly
2901 West Parker Rd
Unit 866671
Plano, TX 75086

Tony Alvarez
6412 Redstone Drive
Arlington, TX 76001

U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

United States Attorney - Fort Worth
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, TX 76102-6882

United States Attorney Chad Meacham
1100 Commerce St Ste 300
Dallas, TX 75242

Vince*

Wells Fargo MC/VISA
PO Box 29482
Phoenix, AZ 85038

William T. Neary
US Trustee's Office
1100 Commerce Bldg. 9C60
Dallas, TX 75242

A.J. McClought
370 N. State Hwy 360
Apt. 4200
Mansfield, Texas  76063

Artiss Williams
1505 South 7th St
Monroe, LA 71202

Cesar Argoaze*

Abel Carmona
2501 FM 718
Rhome, TX 76078

Attorney General of the United
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Charles Bancroft*

Adrian Sanchez
102 Brookview Ct
Waxahachie, Tx. 75165

Bennie Davis
PO Box 13112
Longview, TX 75607

Chris Howell
3022 megan ave
Durant, OK 74701

Alberto Martinez
202 Latiner St
Ennis, TX. 75119

Bernanrdo Avelar
5106 Cabin Lake Dr.
San Antonio, TX. 78244

Chris Rush*

Alex Collums
319 west pine
Enid, OK 73701

Bill Leonard*

CJ Allen*

American Express
PO Box 981535
El Paso, TX 79998

Bob Schofield*

Clayton Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

Andres Santiago
219 Adventus Ct
Mansfield, TX. 76063

Brandon Atkins
921 Wilderness Pass
Cedar Hill, TX. 75014

Cody Gerth
5225 Calloway St
Unit B
Fort Worth, TX 76114

Andrew Hernandez
1321 W Broadus Ave.
Fort Worth. TX. 76115

Brent Beck
815 E. 3rd street
Lancaster, TX. 75146

Craig Harr*

Andy Gutierrez*

Caleb Harbson
8 Pinedale Ct.
Mansfield, TX. 76063

Dave Clayton
2204 Del Ray Ct
Arlington, TX 76013

Arthur Moore*

Carlton Taylor
1712 Jones St.
Coushatta, LA 71019

Dimairo Mark
414 Elmo St.
Cleburne, TX. 76031

Doug Tierney
131 Saddlebrook Ct.
Rome, TX. 76078

Internal Revenue Service
1100 Commerce Street, MC 5026 D.
Dallas, TX 75242

Jessie Faz
2338 Rexlawn Dr.
Dallas, TX. 75227


Dylen Grezlik*

Isi Faiva*

Joe Portales*


Eric Hayden
9153 Watercress Dr.
Fort Worth, TX 76135

Jared Harrison
522 Glacial Stream Lan
Cedar Park, TX  78613

Joe Rodarte*


Erney Gomez*

Jason Choate*

Johnny Davila
5713 Meandeing Rd.
River Oaks, TX 76114


Fernando Zamudio*

Jason DuBose*

Jon Cheesbro*


Greg Moakes
3985 Davila Dr.
Dallas, TX 75220

Jason Langley
165 Roscoe Ln.
Midlothian, TX 76065

Jorge Ordaz*


H&A Greenly Transport
aka Harlan Greenlee
8116 Jolie Dr.
Fort Worth, TX 76137

Javier Perez*

Joseph Couch
1034 Balsam Dr.
Arlington, TX. 76006


Heston Williams
8424 Deerwood Forest Dr.
Fort Worth, TX. 76126

Jay Bishop*

Joseph Neyar
8101 Boat Club Rd. Unit 240
Fort Worth, TX 76179


Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Jeffery VanderWoled
PMB 21369
Pensacola, FL. 32513

Josh Roardan
7249 Drury Cross Road
Burleson, TX 76028


Internal Revenue Service
Centralized Insolvency Operatio:
PO Box 7346
Philadelphia, PA 19101-7346

Jerry Bluitt
240 FM 3039
Combine, TX. 75159

Josh Watt*

Juan Hernandez*

Mark Perez
Suite 131-197
4621 S. Cooper
Arlington, TX. 76017

Paccer Duddington
15927 Viney Creek Dr
Houston, TX 77095


Justin Hall*

Mark Rendon*

Pepe "Steve" Sogovia*


Justin Hess
5420 Medlin Ct.
Flower Mound, TX. 75028

Mark Zello*

Randy Williams
400 Preston Blvd. Apt.18
Bossier City, Louisiana. 71111


Kenny Lewis
4204 Summit Ridge Dr.
Dallas, TX. 75216

Mason Justice*

Raunel Tejeda Exodus*


Kent Wylie
1732 Steam Boat dr
Plano Tx. 75025

Matt Dixon*

Reliant Funding
9540 Town Centre Drive, Suite 2
San Diego, CA 92142


Kevin Burnham
5845 Stone Mountain Rd.
The Colony, TX 75056

Michael Pait*

Ricky Peyton*


Klaus Christopher*

Mike Musser*

Robert Beman*


Lawrence Sharp
125 Hidalgo Ln.
Arlington, TX. 76014

Monica Jaime
244 Cotton Dr.
Mansfield, Tx. 76063

Robert Chenoweth
16280 E. Secretariat Dr.
Loxahatchee, Florida. 33470


Luis Jessi*

National Funding, Inc.
9530 Towne Centre Drive, Ste 12
San Diego, CA 92121

Robert Johnson
6000 King William Dr.
Arlington, TX. 76018


Mark Noble
1217 Cimmaron Ct
Alvarado, TX 76009

Orlando Castillon*

Robert Lain
4405 Thorp Lane
Keller, TX 76244

Debtor(s): **Texas Speed Dynamics LLC**   Case No: **22-40934-elm7**

Chapter: **7**

**NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

Robert Lain
4405 Thorp Ln
Keller, TX 76244

Taylor Massey*

Robert Lain
4405 Thorp Lane
Fort Worth, TX 76244

Terry Conerly
2901 West Parker Rd
Unit 866671
Plano, TX 75086

Ruben Ramon
428 Moore
Seguin, TX 78155

Tony Alvarez
6412 Redstone Drive
Arlington, TX 76001

Russell Blum
3615 Hallow Creek Rd
Arlington, TX 76001

U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

Ryan Khan
2003 W. Pioneer Parkway #B
Arlington, TX. 76013

United States Attorney - Fort W
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, TX 76102-6882

Sam Florez*

United States Attorney Chad Mea
1100 Commerce St Ste 300
Dallas, TX 75242

Scott Bridgeman
717 S. Greenville Ave Ste 100
Allen, TX 75002

Vince*

Scott Klore
501 Chealsea Dr.
Midlothian, TX. 76065

Wells Fargo MC/VISA
PO Box 29482
Phoenix, AZ 85038

Secret Properties
PO Box 213
Kennedale, TX 76060

William T. Neary
US Trustee's Office
1100 Commerce Bldg. 9C60
Dallas, TX 75242

Shanna Terry*