**Fill in this information to identify the case**

Debtor name **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40934-elm7**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Checking account with Wells Fargo Acct. #XX-9888** | Checking account | 9  8  8  8 | $205.76 |
| 3.2.  **Checking account with Texas Trust Acct. # 0017** | Checking account | 0  0  1  7 | ($600.00) |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| ($394.24) |
|---|

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **Texas Speed Dynamics LLC**                              Case number (if known)   **22-40934-elm7**
_____                 _____
Name

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**                                                                                        | **$0.00** |
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:  _____  −  _____  =  ............. →   _____
                             face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  −  _____  =  ............. →   _____
                          face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                                         | **$0.00** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**                                                                                          | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **Texas Speed Dynamics LLC**       Case number (if known)   **22-40934-elm7**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.            **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.            **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor __**Texas Speed Dynamics LLC**__ Case number (if known) __22-40934-elm7__
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **2 Desk and Coffee Stand** | | | $500.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Dynometer purchase price $42,000. Purchased February, 2021.** | | | $35,000.00 |
| **2 automotive lifts** | | | $5,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$40,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor   **Texas Speed Dynamics LLC**                                      Case number (if known)   **22-40934-elm7**
      Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☒ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **lease at**<br>**6580 Dick Price Rd, Mansfield TX**<br>**6580 Dick Price Rd, MansfieldTX**<br>**76063**<br>**DAVIDSON, WASH SURVEY Abstract**<br>**393 Tract 3A A 393 TR 3A & 3M.** | Leasehold | $0.00 | | $0.00 |

**56.  Total of Part 9.** | | | | $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |
| **66.  Total of Part 10.**<br>Add lines 60 through 65.  Copy the total to line 89. | | | $0.00 |

Debtor __**Texas Speed Dynamics LLC**_____ Case number (if known) __**22-40934-elm7**____
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties** (whether or not a lawsuit has been filed) | |
| **claim against Robert Chad Higgs for funds paid by customers to Texas Speed Dynamics LLC. The funds were removed by Robert Chad Higgs from the LLC without purchasing the equipment, labor and services for which the customers paid. Robert Higgs aka Chad Higgs 3411 Bridlegate Dr Arlington, Tx 76016 The amount of the claim is estimated.** | **$650,000.00** |

Nature of claim     **fraud**_____

Amount requested   **$650,000.00**_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $650,000.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    **Texas Speed Dynamics LLC**                    Case number (if known)  **22-40934-elm7**
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($394.24) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $650,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $690,105.76 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................................. **$690,105.76**

**Fill in this information to identify the case:**

Debtor name **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40934-elm7**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Creditor's name<br>**Secret Properties** | Describe debtor's property that is subject to a lien |
| Creditor's mailing address<br>**PO Box 213** | **6580 Dick Price Rd, Mansfield TX 76063** |
| | Describe the lien<br>**Commercial lease** |
| **Kennedale        TX    76060** | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred | |
| Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | |

Column A: **Unknown**   Column B: **$0.00**

**Monthly lease payment $6400 for 2 buildings**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

**Fill in this information to identify the case:**

Debtor **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40934-elm7**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐   No.  Go to Part 2.
☑   Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | | **$2,500.00** | **$2,500.00** |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| **Internal Revenue Service** | |
| **Insolvency Unit** | ☐ Contingent |
| **PO Box 7346** | ☐ Unliquidated |
| | ☐ Disputed |
| **Philadelphia        PA      19101-7346** | **Basis for the claim:** |
| Date or dates debt was incurred | **Taxes** |
| _____ | |
| | **Is the claim subject to offset?** |
| Last 4 digits of account | ☑ No |
| number    **2   1   0   6** | ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** ) | |
| **940 and 941 payroll taxes** | |

Debtor    **Texas Speed Dynamics LLC**         Case number (if known)   **22-40934-elm7**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

                                                                                                                        Amount of claim

**3.1**   **Nonpriority creditor's name and mailing address**

**A.J. McClought**

**370 N. State Hwy 360**

**Apt. 4200**

**Mansfield**          **TX**     **76063**

Date or dates debt was incurred

Last 4 digits of account number    __ __ **7**   **9**   **0**

**1964 Pontiac LeMans**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,500.00**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Abel Carmona**

**2501 FM 718**

**Rhome**           **TX**     **76078**

Date or dates debt was incurred

Last 4 digits of account number    __ __ **7**   **1**   **4**

**1963 Chevy Impala**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit for work not completed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,640.00**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Adrian Sanchez**

**102 Brookview Ct**

**Waxahachie**        **TX**     **75165**

Date or dates debt was incurred

Last 4 digits of account number    __ __ **7**   **7**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

**1985 Chevy C10 Light Blue - customer was refunded or parts purchased and returned to customer $15,000 (supercharger,
2 enginves, drag racing rear end and cash) has been deducted from the amounts that were paid to debtor.**

Debtor  **Texas Speed Dynamics LLC**                     Case number (if known) **22-40934-elm7**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.4 | Nonpriority creditor's name and mailing address |
|---|---|

**Alberto Martinez**

**202 Latiner St**

| Ennis | TX | 75119 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number        8  1  8

1963 White GMC C1500

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,000.00**

---

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Alex Collums**

**319 west pine**

| Enid | OK | 73701 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    0  0  1  9

1983 Chevrolet C10

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,500.00**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**American Express**

**PO Box 981535**

| El Paso | TX | 79998 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    1  0  0  6

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$53,535.62**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Andres Santiago**

**219 Adventus Ct**

| Mansfield | TX | 76063 |
|---|---|---|

Date or dates debt was incurred    8/21/2020

Last 4 digits of account number    __ __ __ __

vehichle in his possession

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,200.00**

---

| Debtor | **Texas Speed Dynamics LLC** | Case number (if known) | **22-40934-elm7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8** Nonpriority creditor's name and mailing address

**Andrew Hernandez**

**1321 W Broadus Ave.**

_____

_____

**Fort Worth.**          **TX**     **76115**

Date or dates debt was incurred     **3/30/2021**

Last 4 digits of account number     __  **8**  **0**  **3**

**vehicle still at shop**
**1998 GMC Sierra**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,360.00**

---

**3.9** Nonpriority creditor's name and mailing address

**Andy Gutierrez***

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     **0**  **0**  **3**  **4**

**2001 Ford Mustang GT**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Arthur Moore***

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __  **8**  **2**  **0**

**1972 Chevy K10**
**Customer hung up on me//rat**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

| Debtor | **Texas Speed Dynamics LLC** | Case number (if known) | **22-40934-elm7** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.11** | Nonpriority creditor's name and mailing address | | **$9,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

Artiss Williams

☐ Contingent

1505 South 7th St

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Monroe                                LA        71202

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _8_ _8_ _6_

1958 Chevy Apache

| **3.12** | Nonpriority creditor's name and mailing address | | **$6,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

Bennie Davis

☐ Contingent

PO Box 13112

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Longview                              TX        75607

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _7_ _5_ _6_

1995 Chevrolet Impala

| **3.13** | Nonpriority creditor's name and mailing address | | **$5,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

Bernanrdo Avelar

☐ Contingent

5106 Cabin Lake Dr.

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposits**

San Antonio                           TX        78244

Date or dates debt was incurred      7/1/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

1985 Chevy C10
making plans for pick up

Debtor  **Texas Speed Dynamics LLC**                                Case number (if known) **22-40934-elm7**

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bill Leonard***

$4,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number      **8  9  3**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1984 Chevy C-10 Blue**

---

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bob Schofield***

$4,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number      **7  4  9**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1955 F-100 Orange**

---

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Brandon Atkins**
**921 Wilderness Pass**

$4,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**Cedar Hill**                    **TX      75014**

Date or dates debt was incurred    **12/21/2020**

Last 4 digits of account number      **7  3  4**

**Is the claim subject to offset?**
☑ No
☐ Yes

**1996 Chevy Impala**

---

Debtor   **Texas Speed Dynamics LLC**                          Case number (if known)   **22-40934-elm7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |

**Brent Beck**

**815 E. 3rd street**

**Lancaster**                    **TX**     **75146**

Date or dates debt was incurred     **8/1/2020**

Last 4 digits of account number     __ __ __ __

**1976 Chevy Impala-red**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposits**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

| 3.18 | Nonpriority creditor's name and mailing address |

**Caleb Harbson**

**8 Pinedale Ct.**

**Mansfield**                    **TX**     **76063**

Date or dates debt was incurred

Last 4 digits of account number     __ **9** **3** **2**

**1967 Chevy C10**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

| 3.19 | Nonpriority creditor's name and mailing address |

**Carlton Taylor**

**1712 Jones St.**

**Coushatta**                    **LA**     **71019**

Date or dates debt was incurred

Last 4 digits of account number     **0** **0** **6** **9**

**Chevelle**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

Debtor __**Texas Speed Dynamics LLC**_____ Case number (if known) __**22-40934-elm7**_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.20 | Nonpriority creditor's name and mailing address |

**Cesar Argoaze***
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ **9** __ **3** __ **1**

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

**1968 Chevy C10**

---

| 3.21 | Nonpriority creditor's name and mailing address |

**Charles Bancroft***
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ **7** __ **5** __ **0**

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,500.00

**1968 Chevy C10**

---

| 3.22 | Nonpriority creditor's name and mailing address |

**Chris Howell**
**3022 megan ave**
_____
**Durant** OK **74701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ **7** __ **2** __ **3**

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,500.00

**1973 Chevrolet C10 swb**

---

| 3.23 | Nonpriority creditor's name and mailing address |

**Chris Rush**
**PO Box 2590**
_____
**Peter Park** TX **78613**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Texas Speed Dynamics LLC**                                  Case number (if known) **22-40934-elm7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.24** Nonpriority creditor's name and mailing address

**CJ Allen\***

As of the petition filing date, the claim is: **$12,050.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    __ __7__ __6__ __1__

Is the claim subject to offset?
☒ No
☐ Yes

**1971 Chevy K10**

---

**3.25** Nonpriority creditor's name and mailing address

**Cody Gerth**

**5225 Calloway St**

**Unit B**

**Fort Worth**                **TX    76114**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    __0__ __8__ __3__ __9__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Craig Harr\***

As of the petition filing date, the claim is: **$24,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    __0__ __0__ __0__ __2__

Is the claim subject to offset?
☒ No
☐ Yes

**1969 Camaro Pro Touring Build**

Debtor    **Texas Speed Dynamics LLC**       Case number (if known)   **22-40934-elm7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27**   Nonpriority creditor's name and mailing address

**Dave Clayton**

**2204 Del Ray Ct**

**Arlington**       **TX**    **76013**

Date or dates debt was incurred

Last 4 digits of account number    __ __ **7** __ **3** __ **6**

**1952 Poniac Chieftan Green**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,300.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Dimairo Mark**

**414 Elmo St.**

**Cleburne**       **TX**    **76031**

Date or dates debt was incurred    **09/1/2020**

Last 4 digits of account number    __ __ **7** __ **2** __ **5**

**Vehicle still there**
**1964 Chevy C10**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,700.00**

---

**3.29**   Nonpriority creditor's name and mailing address

**Doug Tierney**

**131 Saddlebrook Ct.**

**Rome**       **TX**    **76078**

Date or dates debt was incurred    **12/21/2020**

Last 4 digits of account number    __ __ **7** __ **3** __ **1**

**DP $ 2,400**
**Missing car parts $1,000**
**1956 Chevy Bel Air Coupe**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

Debtor **Texas Speed Dynamics LLC**          Case number (if known) **22-40934-elm7**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.30 | Nonpriority creditor's name and mailing address |

**Dylen Grezlik***

As of the petition filing date, the claim is: $2,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number __ __ **6** **5** **8**

Is the claim subject to offset?
☑ No
☐ Yes

**1971 Ford E300 Light Green Van**

| 3.31 | Nonpriority creditor's name and mailing address |

**Eric Hayden**

**9153 Watercress Dr.**

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

**Fort Worth                    TX      76135**

Date or dates debt was incurred

Last 4 digits of account number __ __ **7** **4** **7**

Is the claim subject to offset?
☑ No
☐ Yes

**1967 Chevrolet Camaro**

| 3.32 | Nonpriority creditor's name and mailing address |

**Erney Gomez***

As of the petition filing date, the claim is: $4,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number __ __ **8** **6** **4**

Is the claim subject to offset?
☑ No
☐ Yes

**1962 Chevy Impala**

---

Debtor __**Texas Speed Dynamics LLC**__ Case number (if known) __**22-40934-elm7**__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Fernando Zamudio***

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,000.00**

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ **6** __ **7** __ **5**

☑ No
☐ Yes

**1971 gmc  C10 white**

| 3.34 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Greg Moakes**

**3985 Davila Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,800.00**

Basis for the claim:
**Deposit**

**Dallas** **TX** **75220**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ **6** __ **8** __ **9**

☑ No
☐ Yes

**1990 Jeep Grand Wagoneer**
**214-425-5737**

| 3.35 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**H&A Greenly Transport**

**aka Harlan Greenlee**

**8116 Jolie Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,000.00**

Basis for the claim:
**Deposit**

**Fort Worth** **TX** **76137**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ **8** __ **2** __ **2**

☑ No
☐ Yes

**1986 Oldsmobile Cutless G-Body**
**817-721-6150**

| Debtor | **Texas Speed Dynamics LLC** | Case number (if known) | **22-40934-elm7** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.36** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,000.00**

**Heston Williams**

☐ Contingent
☐ Unliquidated
☐ Disputed

**8424 Deerwood Forest Dr.**

Basis for the claim:
**Deposit**

| **Fort Worth** | **TX** | **76126** |

Date or dates debt was incurred     **10/19/2021**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.37** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,800.00**

**Isi Faiva***

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ **7** **3** **8**

**1963 Pontiac Bonniville Blue**

**3.38** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,800.00**

**Jared Harrison**

☐ Contingent
☐ Unliquidated
☐ Disputed

**522 Glacial Stream Lan**

Basis for the claim:
**Deposit**

| **Cedar Park** | **TX** | **78613** |

Date or dates debt was incurred     **12/30/2020**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     __ **7** **4** **2**

**1987 Monte Carlo SS**
**Picked up car on 4/12/2022**

Debtor __**Texas Speed Dynamics LLC**__ Case number (if known) __**22-40934-elm7**__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.39** Nonpriority creditor's name and mailing address

**Jason Choate***

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

$4,500.00

Date or dates debt was incurred

Last 4 digits of account number __ __ **7** __ **6** __ **3**

Is the claim subject to offset?

☑ No
☐ Yes

**1982 Chevrolet C10**

**3.40** Nonpriority creditor's name and mailing address

**Jason DuBose***

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

$8,000.00

Date or dates debt was incurred

Last 4 digits of account number **0** **0** **0** **9**

Is the claim subject to offset?

☑ No
☐ Yes

**1972 Green Cuda**

**3.41** Nonpriority creditor's name and mailing address

**Jason Langley**

**165 Roscoe Ln.**

**Midlothian** **TX** **76065**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

$3,500.00

Date or dates debt was incurred

Last 4 digits of account number __ __ **8** __ **8** __ **3**

Is the claim subject to offset?

☑ No
☐ Yes

**2000 Chevy 1500**

Debtor __**Texas Speed Dynamics LLC**_____ Case number (if known) __**22-40934-elm7**_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$13,160.00**
*Check all that apply.*

__Javier Perez*_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__**Deposit**_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ _**8**_ _**1**_ _**0**_

☑ No
☐ Yes

**1972 Chevy C10 Black**

**3.43** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$4,000.00**
*Check all that apply.*

__Jay Bishop*_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__**Deposit**_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$11,800.00**
*Check all that apply.*

__Jeffery VanderWoled_____

__PMB 21369_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Pensacola_____ FL____ 32513__

**Deposits**

Date or dates debt was incurred __3/1/2021__

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$3,000.00**
*Check all that apply.*

__Jerry Bluitt_____

__240 FM 3039_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Combine_____ TX____ 75159__

**Deposit**

Date or dates debt was incurred __10/1/2020__

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor __Texas Speed Dynamics LLC_____  Case number (if known) __22-40934-elm7___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.46 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$7,300.00

__Jessie Faz_____

__2338 Rexlawn Dr._____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Dallas_____ TX___ 75227_

**Basis for the claim:**

__Deposit_____

**Date or dates debt was incurred** __03/01/2021____

**Last 4 digits of account number** __ _7_ _8_ _4_

**Is the claim subject to offset?**
☑ No
☐ Yes

__He has vehicle in his possession__
__1984 Buick Regal__

---

| 3.47 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$3,000.00

__Jodi Kubacki_____

__7453 Sunray Drive_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Fort Worth_____ TX___ 76120_

**Basis for the claim:**

__Deposit for work not done_____

**Date or dates debt was incurred** __08/2021_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

__817-223-7819__

---

| 3.48 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

$3,500.00

__Joe Portales*_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**Basis for the claim:**

__Deposit_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ _7_ _3_ _9_

**Is the claim subject to offset?**
☑ No
☐ Yes

__1951 Chevy 3100__

---

Debtor  **Texas Speed Dynamics LLC**                                Case number (if known)  **22-40934-elm7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,440.00** |

**Joe Rodarte***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ **8** __ **0** __ **1**

**1970 GMC C10/1500**

| **3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |

**Johnny Davila**

**5713 Meandeing Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

**River Oaks**                                **TX**      **76114**

Date or dates debt was incurred      **11/4/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ **7** __ **0** __ **4**

**1981 Poniac Trans Am**

| **3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |

**Jon Cheesbro***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ **7** __ **9** __ **9**

**1970 Chevy K5 Blazer**

| Debtor | **Texas Speed Dynamics LLC** | Case number (if known) | **22-40934-elm7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.52** Nonpriority creditor's name and mailing address

**Jorge Ordaz***

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    **0   0   5   3**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

**1970 Chevrolet Chevelle**

---

**3.53** Nonpriority creditor's name and mailing address

**Joseph Couch**
**1034 Balsam Dr.**

Arlington                    TX        76006

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred    **5/6/2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$6,700.00**

---

**3.54** Nonpriority creditor's name and mailing address

**Joseph Neyar**
**8101 Boat Club Rd. Unit 240**

Fort Worth                    TX        76179

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    __ **8   5   8**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,000.00**

**1973 Dodge Dart**

---

**3.55** Nonpriority creditor's name and mailing address

**Josh Roardan**
**7249 Drury Cross Road**

Burleson                    TX        76028

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    __ **7   2   9**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,400.00**

**1987 Chevy K5 Blazer**

---

Debtor   **Texas Speed Dynamics LLC**                                Case number (if known)  **22-40934-elm7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Josh Watt***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ **8** **7** **5**

**1968 Chevy Camaro**

---

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Juan Hernandez***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ **7** **5** **3**

**2014 Chevy silvardo**

---

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Justin Hall***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ **9** **0** **6**

**1968 Buick Riviera (Green)**

| Debtor | **Texas Speed Dynamics LLC** | Case number (if known) | **22-40934-elm7** |
|---|---|---|---|

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**Justin Hess**

**5420 Medlin Ct.**

**Flower Mound**     **TX**     **75028**

| Date or dates debt was incurred | **08/01/2020** |
|---|---|

Last 4 digits of account number    **0   0   7   0**

**vehicle still at shop**
**2007 Maza RX-8 White**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**Kenny Lewis**

**4204 Summit Ridge Dr.**

**Dallas**     **TX**     **75216**

| Date or dates debt was incurred | **4/15/2021** |
|---|---|

Last 4 digits of account number    __ __ __ __

**veihcle still at shop**
**1979 Chevy C10 pickup**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

**Kent Wylie**

**1732 Steam Boat dr**

**Plano**     **TX**     **75025**

| Date or dates debt was incurred | **6/16/2021** |
|---|---|

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

**Car is till at shop. 2009 Cadillac CTS 4 door sedan. Black cherry (purple)**

Debtor __Texas Speed Dynamics LLC_____  Case number (if known) __22-40934-elm7____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

Kevin Burnham

5845 Stone Mountain Rd.

The Colony                    TX      75056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deposit

$6,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ 8  9  5

**Is the claim subject to offset?**
☑ No
☐ Yes

2000 Chevy Camaro Silver

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

Klaus Christopher*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deposit

$8,800.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ 7  7  7

**Is the claim subject to offset?**
☑ No
☐ Yes

1976 GMC G20 Van Dodge Brown

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

Lawrence Sharp

125 Hidalgo Ln.

Arlington                     TX      76014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deposit

$5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ 7  4  5

**Is the claim subject to offset?**
☑ No
☐ Yes

2001 Chevy S10 Silver

Debtor    __Texas Speed Dynamics LLC__      Case number (if known) __22-40934-elm7__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Luis Jessi\***

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number    __9__ __1__ __3__

Is the claim subject to offset?
☑ No
☐ Yes

**1971 Chevy Chevelle**

| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Mark Noble**
**1217 Cimmaron Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

**Alvarado**      **TX**    **76009**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,260.00** |
|---|---|---|---|

**Mark Perez**
**Suite 131-197**
**4621 S. Cooper**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

**Arlington**      **TX**    **76017**

Date or dates debt was incurred   **4/16/2021**

Last 4 digits of account number   __8__ __1__ __1__

Is the claim subject to offset?
☑ No
☐ Yes

**Vehicle still at shop**
**1971 Chevy K5 Blazer**

| **3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,040.00** |
|---|---|---|---|

**Mark Rendon\***

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    __Texas Speed Dynamics LLC__      Case number (if known) __22-40934-elm7__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,400.00 |

**Mark Zello***

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number   __0__ __0__ __6__ __1__

Is the claim subject to offset?
☒ No
☐ Yes

**1975 Chevy Corvette Convert**

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |

**Mason Justice***

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number   __8__ __5__ __6__

Is the claim subject to offset?
☒ No
☐ Yes

**1974 Cheverlet Nova**

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,000.00 |

**Matt Dixon**

**4913 Baton Rouge Blvd.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

**Frisco**      **TX**    **75035**

Date or dates debt was incurred

Last 4 digits of account number   __8__ __4__ __1__

Is the claim subject to offset?
☒ No
☐ Yes

**1998 Jeep Cherokee**

Debtor __**Texas Speed Dynamics LLC**__  Case number (if known) __**22-40934-elm7**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.72** **Nonpriority creditor's name and mailing address**

**Michael Pait**

**474 Charleston Park**

**Conroe** **TX** **77302**

Date or dates debt was incurred

Last 4 digits of account number __ __ **7** __ **0** __ **9**

**1980 Datsun 280zx Brown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,800.00**

**3.73** **Nonpriority creditor's name and mailing address**

**Mike Musser***

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number **0** **0** **5** **4**

**1952 Chevy 3100**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.74** **Nonpriority creditor's name and mailing address**

**Monica Jaime**

**244 Cotton Dr.**

**Mansfield** **TX** **76063**

Date or dates debt was incurred **12/14/2020**

Last 4 digits of account number __ __ **7** __ **2** __ **8**

**1973 Ford F-100 swb**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,400.00**

**3.75** **Nonpriority creditor's name and mailing address**

**National Funding, Inc.**

**9530 Towne Centre Drive, Ste 120**

**San Diego** **CA** **92121**

Date or dates debt was incurred

Last 4 digits of account number **2** **4** **7** **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$118,888.00**

Debtor __**Texas Speed Dynamics LLC**__   Case number (if known) __**22-40934-elm7**__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.76** Nonpriority creditor's name and mailing address

**Orlando Castillon***

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

$6,000.00

Date or dates debt was incurred

Last 4 digits of account number ___ **9** **0** **2**

Is the claim subject to offset?
☑ No
☐ Yes

**1967 Pontiac Firebird**

**3.77** Nonpriority creditor's name and mailing address

**Paccer Duddington**

**15927 Viney Creek Dr**

**Houston** **TX** **77095**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**1997 Chevrolet Tahoe**
**817-995-4886**

**3.78** Nonpriority creditor's name and mailing address

**Pepe "Steve" Sogovia***

**113 Red Wolf Ln**

**Red Oak** **TX** **75154**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

$5,500.00

Date or dates debt was incurred

Last 4 digits of account number ___ **8** **2** **1**

Is the claim subject to offset?
☑ No
☐ Yes

**1968 Dodge D200**

Debtor **Texas Speed Dynamics LLC**        Case number (if known) **22-40934-elm7**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.79 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$14,500.00**

**Randy Williams**

☐ Contingent
☐ Unliquidated
☐ Disputed

**400 Preston Blvd. Apt.18**

**Bossier City, Louisiana. 71111**

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred    **11/15/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **7 8 0**

☑ No
☐ Yes

**1976 Chevy Caprice-white**

---

| 3.80 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$20,000.00**

**Raunel Tejeda Exodus***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **6 6 3**

☑ No
☐ Yes

**1984 Chevy C-10 Green**

---

| 3.81 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$142,900.00**

**Reliant Funding**

☐ Contingent
☐ Unliquidated
☐ Disputed

**9540 Town Centre Drive, Suite 200**

**Basis for the claim:**
**Merchant Cash Advance**

**San Diego**    **CA**    **92142**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **7 2 3 9**

☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$5,000.00**

**Ricky Peyton***

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **8 3 1**

☑ No
☐ Yes

**1985 Chevy C10 Swb**

---

Debtor __Texas Speed Dynamics LLC__   Case number (if known) __22-40934-elm7__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.83** Nonpriority creditor's name and mailing address

Robert Beman*

_____

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ 7 1 9

1968 Chevrolet Camaro

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposit

Is the claim subject to offset?
☒ No
☐ Yes

$7,000.00

---

**3.84** Nonpriority creditor's name and mailing address

Robert Chenoweth

16280 E. Secretariat Dr.

Loxahatchee, Florida. 33470

_____

Date or dates debt was incurred  __11/1/2020__

Last 4 digits of account number  __ 7 4 1

1953 Chevy 3100-dusty red

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposits

Is the claim subject to offset?
☒ No
☐ Yes

$5,600.00

---

**3.85** Nonpriority creditor's name and mailing address

Robert Johnson

6000 King William Dr.

_____

Arlington          TX      76018

Date or dates debt was incurred  __9/15/2020__

Last 4 digits of account number  __0 0 6 5

1989 Camaro-red

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposit

Is the claim subject to offset?
☒ No
☐ Yes

$4,700.00

---

**3.86** Nonpriority creditor's name and mailing address

Robert Lain

4405 Thorp Lane

_____

Keller          TX      76244

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Money Loaned and Equipment and Services Purchased

Is the claim subject to offset?
☒ No
☐ Yes

$575,000.00

---

Debtor __**Texas Speed Dynamics LLC**__      Case number (if known) __**22-40934-elm7**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Skelton**

**802 Tamarron Dr.**

**Waxahachie**      **TX**    **75167**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**1982 CHEVY C10**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Ruben Ramon**

**428 Moore**

**Seguin**      **TX**    **78155**

Date or dates debt was incurred

Last 4 digits of account number   __ **7** **4** **4**

**1990 Chevy 454 1500 Black**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,500.00**

---

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**Russell Blum**

**3615 Hallow Creek Rd**

**Arlington**      **TX**    **76001**

Date or dates debt was incurred

Last 4 digits of account number   __ **9** **0** **1**

**1975 Chevy Corvette Convert**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

Debtor __**Texas Speed Dynamics LLC**__      Case number (if known) __**22-40934-elm7**__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.90**   Nonpriority creditor's name and mailing address

**Ryan Khan**

**2003 W. Pioneer Parkway #B**

_____

**Arlington**     **TX**    **76013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ **7** ___ **9** ___ **4**

**1969 Dodge Challenger**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$28,000.00**

---

**3.91**   Nonpriority creditor's name and mailing address

**Sam Florez***

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ **7** ___ **1** ___ **0**

**1966 Chevy Impala**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,800.00**

---

**3.92**   Nonpriority creditor's name and mailing address

**Scott Bridgeman**

**717 S. Greenville Ave Ste 100**

_____

**Allen**     **TX**    **75002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ **7** ___ **9** ___ **7**

**2004 Nissan 350Z Silver**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$8,200.00**

Debtor  **Texas Speed Dynamics LLC**                                  Case number (if known)  **22-40934-elm7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93**   Nonpriority creditor's name and mailing address

**Scott Klor**

**501 Chelsea Dr.**

**Midlothian**                         **TX**       **76065**

Date or dates debt was incurred          **04/1/2021**

Last 4 digits of account number          __   **8**   **1**   **2**

**Picked up vehicle. Missing motor.**
**1982 Toyota Land Cruiser FJ6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposits**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,500.00**

**3.94**   Nonpriority creditor's name and mailing address

**Shanna Terry***

Date or dates debt was incurred

Last 4 digits of account number          **6**   **8**   **3**

**1967 Corvette Sting Ray Blue/White one**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,500.00**

**3.95**   Nonpriority creditor's name and mailing address

**Taylor Massey***

Date or dates debt was incurred

Last 4 digits of account number          **0**   **0**   **8**   **1**

**1985 Broncho Tan**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **Texas Speed Dynamics LLC**                    Case number (if known) **22-40934-elm7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.96**  Nonpriority creditor's name and mailing address

**Terry Conerly**

**2901 West Parker Rd**

**Unit 866671**

**Plano**                    **TX**      **75086**

Date or dates debt was incurred

Last 4 digits of account number      **0   0   2   9**

**1970 Chevy Chevelle**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$28,200.00**

---

**3.97**  Nonpriority creditor's name and mailing address

**Tony Alvarez**

**6412 Redstone Drive**

**Arlington**                    **TX**      **76001**

Date or dates debt was incurred

Last 4 digits of account number      **8   5   5**

**1986 Chevy C10 Red**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit for work not completed**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,500.00**

---

**3.98**  Nonpriority creditor's name and mailing address

**Tony Alvarez**

**6412 Redstone Drive**

**Arlington**                    **TX**      **76001**

Date or dates debt was incurred    **02/2022**

Last 4 digits of account number      **0   0   4   9**

**1983 Chevy C10 Blue**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit paid for work not completed**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

Debtor **Texas Speed Dynamics LLC**                     Case number (if known) **22-40934-elm7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.99 | Nonpriority creditor's name and mailing address |
|---|---|

Vince*

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $4,500.00**

Basis for the claim:
**Deposit**

Date or dates debt was incurred

Last 4 digits of account number ___ **8** **5** **3**

Is the claim subject to offset?
☒ No
☐ Yes

Toyota FJ40

| 3.100 | Nonpriority creditor's name and mailing address |
|---|---|

Wells Fargo MC/VISA

PO Box 29482

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $11,436.91**

Phoenix              AZ        85038

Basis for the claim:
**Credit Card**

Date or dates debt was incurred

Last 4 digits of account number **5** **7** **3** **7**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **Texas Speed Dynamics LLC**                     Case number (if known) **22-40934-elm7**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Clayton Everett** **Norred Law, PLLC** **515 E. Border Street** **Arlington** **TX** **76010** | Line **3.97** ☐ Not listed. Explain: | __ __ __ __ |
| **4.2** **Clayton Everett** **Norred Law, PLLC** **515 E. Border Street** **Arlington** **TX** **76010** | Line **3.2** ☐ Not listed. Explain: | __ __ __ __ |

Debtor __Texas Speed Dynamics LLC__                    Case number (if known) __22-40934-elm7__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**                          5a. _____ **$2,500.00**

5b.  **Total claims from Part 2**                          5b. **+** _____ **$1,572,710.53**

5c.  **Total of Parts 1 and 2**                            5c. _____ **$1,575,210.53**
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-40934-elm7** Chapter **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **6580 Dick Price Rd, MansfieldTX 76063. Rent is paid through April 30, 2022.** <br> **Contract to be REJECTED** | **Secret Properties** <br> **PO Box 213** |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Kennedale**          TX          76060 |

**Fill in this information to identify the case:**

Debtor name __**Texas Speed Dynamics LLC**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number __**22-40934-elm7**__
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1  **Robert Lain** | **4405 Thorp Ln**<br>Number     Street<br><br>**Keller**          **TX**  **76244**<br>City                State  ZIP Code | **Tony Alvarez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **Robert Lain** | **4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City                State  ZIP Code | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **Robert Lain** | **4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City                State  ZIP Code | **A.J. McClought** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **Robert Lain** | **4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City                State  ZIP Code | **Abel Carmona** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Texas Speed Dynamics LLC**                              Case number (if known)  **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Adrian Sanchez** | ☐ D  ☑ E/F  ☐ G |
| 2.6 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Alberto Martinez** | ☐ D  ☑ E/F  ☐ G |
| 2.7 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Alex Collums** | ☐ D  ☑ E/F  ☐ G |
| 2.8 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **American Express** | ☐ D  ☑ E/F  ☐ G |
| 2.9 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Andres Santiago** | ☐ D  ☑ E/F  ☐ G |
| 2.10 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Andrew Hernandez** | ☐ D  ☑ E/F  ☐ G |
| 2.11 **Robert Lain** | **4405 Thorp Lane**<br>Number  Street<br><br>**Fort Worth**  **TX**  **76244**<br>City  State  ZIP Code | **Andy Gutierrez*** | ☐ D  ☑ E/F  ☐ G |

Debtor     **Texas Speed Dynamics LLC**                    Case number (if known)  **22-40934-elm7**

## ███ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.12 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Arthur Moore*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Artiss Williams** | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Bennie Davis** | ☐ D<br>☑ E/F<br>☐ G |
| 2.15 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Bernanrdo Avelar** | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Bill Leonard*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Bob Schofield*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 | Robert Lain<br>**4405 Thorp Lane**<br>Number     Street<br><br>**Fort Worth**     **TX**  **76244**<br>City               State  ZIP Code | **Brandon Atkins** | ☐ D<br>☑ E/F<br>☐ G |

Debtor **Texas Speed Dynamics LLC**          Case number (if known) **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.19 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Brent Beck | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Caleb Harbson | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Carlton Taylor | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Cesar Argoaze* | ☐ D<br>☑ E/F<br>☐ G |
| 2.23 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Charles Bancroft* | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Chris Howell | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City                State  ZIP Code | Chris Rush | ☐ D<br>☑ E/F<br>☐ G |

Debtor **Texas Speed Dynamics LLC**                        Case number (if known) **22-40934-elm7**

| ▌ Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.26 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | CJ Allen* | ☐ D  ☑ E/F  ☐ G |
| 2.27 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Craig Harr* | ☐ D  ☑ E/F  ☐ G |
| 2.28 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Dave Clayton | ☐ D  ☑ E/F  ☐ G |
| 2.29 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Dimairo Mark | ☐ D  ☑ E/F  ☐ G |
| 2.30 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Doug Tierney | ☐ D  ☑ E/F  ☐ G |
| 2.31 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Dylen Grezlik* | ☐ D  ☑ E/F  ☐ G |
| 2.32 | Robert Lain | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**        **TX**    **76244**<br>City                    State   ZIP Code | Eric Hayden | ☐ D  ☑ E/F  ☐ G |

Debtor    **Texas Speed Dynamics LLC**                    Case number (if known)   **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.33  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Erney Gomez*** | ☐ D<br>☑ E/F<br>☐ G |
| **2.34  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Fernando Zamudio*** | ☐ D<br>☑ E/F<br>☐ G |
| **2.35  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Greg Moakes** | ☐ D<br>☑ E/F<br>☐ G |
| **2.36  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **H&A Greenly Transport** | ☐ D<br>☑ E/F<br>☐ G |
| **2.37  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Heston Williams** | ☐ D<br>☑ E/F<br>☐ G |
| **2.38  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Isi Faiva*** | ☐ D<br>☑ E/F<br>☐ G |
| **2.39  Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**  **TX**  **76244**<br>City                State  ZIP Code | **Jared Harrison** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Texas Speed Dynamics LLC**      Case number (if known)   **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.40 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jason Choate* | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jason DuBose* | ☐ D<br>☑ E/F<br>☐ G |
| 2.42 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jason Langley | ☐ D<br>☑ E/F<br>☐ G |
| 2.43 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Javier Perez* | ☐ D<br>☑ E/F<br>☐ G |
| 2.44 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jay Bishop* | ☐ D<br>☑ E/F<br>☐ G |
| 2.45 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jerry Bluitt | ☐ D<br>☑ E/F<br>☐ G |
| 2.46 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Jessie Faz | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Texas Speed Dynamics LLC**                         Case number (if known)   **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**Name**          **Mailing address**                              **Name**          *Check all schedules that apply:*

**2.47   Robert Lain**      **4405 Thorp Lane**                        **Joe Portales\***       ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.48   Robert Lain**      **4405 Thorp Lane**                        **Joe Rodarte\***       ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.49   Robert Lain**      **4405 Thorp Lane**                        **Johnny Davila**       ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.50   Robert Lain**      **4405 Thorp Lane**                        **Jon Cheesbro\***      ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.51   Robert Lain**      **4405 Thorp Lane**                        **Jorge Ordaz\***       ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.52   Robert Lain**      **4405 Thorp Lane**                        **Joseph Couch**        ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

**2.53   Robert Lain**      **4405 Thorp Lane**                        **Joseph Neyar**        ☐ D
Number      Street                                                                           ☑ E/F
                                                                                              ☐ G
**Fort Worth**      **TX**   **76244**
City                          State   ZIP Code

Debtor    **Texas Speed Dynamics LLC**                              Case number (if known)  **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.54  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Josh Roardan** | ☐ D<br>☑ E/F<br>☐ G |
| 2.55  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Josh Watt*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.56  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Juan Hernandez*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.57  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Justin Hall*** | ☐ D<br>☑ E/F<br>☐ G |
| 2.58  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Justin Hess** | ☐ D<br>☑ E/F<br>☐ G |
| 2.59  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Kenny Lewis** | ☐ D<br>☑ E/F<br>☐ G |
| 2.60  **Robert Lain** | **4405 Thorp Lane**<br>Number      Street<br><br>**Fort Worth**      **TX**  **76244**<br>City                State  ZIP Code | **Kent Wylie** | ☐ D<br>☑ E/F<br>☐ G |

Debtor **Texas Speed Dynamics LLC**                     Case number (if known) **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.61 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Kevin Burnham | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Klaus Christopher* | ☐ D<br>☑ E/F<br>☐ G |
| 2.63 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Lawrence Sharp | ☐ D<br>☑ E/F<br>☐ G |
| 2.64 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Luis Jessi* | ☐ D<br>☑ E/F<br>☐ G |
| 2.65 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Mark Noble | ☐ D<br>☑ E/F<br>☐ G |
| 2.66 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Mark Perez | ☐ D<br>☑ E/F<br>☐ G |
| 2.67 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX  76244<br>City    State  ZIP Code | Mark Rendon* | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Texas Speed Dynamics LLC**                    Case number (if known)  **22-40934-elm7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.68  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Mark Zello* | ☐ D<br>☑ E/F<br>☐ G |
| 2.69  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Mason Justice* | ☐ D<br>☑ E/F<br>☐ G |
| 2.70  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Matt Dixon | ☐ D<br>☑ E/F<br>☐ G |
| 2.71  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Michael Pait | ☐ D<br>☑ E/F<br>☐ G |
| 2.72  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Mike Musser* | ☐ D<br>☑ E/F<br>☐ G |
| 2.73  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | Monica Jaime | ☐ D<br>☑ E/F<br>☐ G |
| 2.74  Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX   76244<br>City    State   ZIP Code | National Funding, Inc. | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Texas Speed Dynamics LLC**    Case number (if known) **22-40934-elm7**

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.75 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Orlando Castillon* | ☐ D  ☑ E/F  ☐ G |
| 2.76 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Pepe "Steve" Sogovia* | ☐ D  ☑ E/F  ☐ G |
| 2.77 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Randy Williams | ☐ D  ☑ E/F  ☐ G |
| 2.78 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Raunel Tejeda Exodus* | ☐ D  ☑ E/F  ☐ G |
| 2.79 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Reliant Funding | ☐ D  ☑ E/F  ☐ G |
| 2.80 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Ricky Peyton* | ☐ D  ☑ E/F  ☐ G |
| 2.81 | Robert Lain | 4405 Thorp Lane<br>Number    Street<br><br>Fort Worth    TX    76244<br>City    State  ZIP Code | Robert Beman* | ☐ D  ☑ E/F  ☐ G |

Debtor **Texas Speed Dynamics LLC**     Case number (if known) **22-40934-elm7**

---

## ▌ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|

**2.82** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Robert Chenoweth**
☐ D  ☑ E/F  ☐ G

**2.83** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Robert Johnson**
☐ D  ☑ E/F  ☐ G

**2.84** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Ruben Ramon**
☐ D  ☑ E/F  ☐ G

**2.85** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Russell Blum**
☐ D  ☑ E/F  ☐ G

**2.86** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Ryan Khan**
☐ D  ☑ E/F  ☐ G

**2.87** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Sam Florez***
☐ D  ☑ E/F  ☐ G

**2.88** Robert Lain — **4405 Thorp Lane** (Number / Street) — Fort Worth TX 76244 (City / State / ZIP Code)
Creditor: **Scott Bridgeman**
☐ D  ☑ E/F  ☐ G

Debtor **Texas Speed Dynamics LLC**       Case number (if known) **22-40934-elm7**

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.89** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Scott Klor** | ☐ D<br>☒ E/F<br>☐ G |
| **2.90** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Secret Properties** | ☒ D<br>☐ E/F<br>☐ G |
| **2.91** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Shanna Terry*** | ☐ D<br>☒ E/F<br>☐ G |
| **2.92** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Taylor Massey*** | ☐ D<br>☒ E/F<br>☐ G |
| **2.93** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Terry Conerly** | ☐ D<br>☒ E/F<br>☐ G |
| **2.94** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Tony Alvarez** | ☐ D<br>☒ E/F<br>☐ G |
| **2.95** | **Robert Lain** | **4405 Thorp Lane**<br>Number    Street<br><br>**Fort Worth**    **TX**   **76244**<br>City      State   ZIP Code | **Vince*** | ☐ D<br>☒ E/F<br>☐ G |

Debtor   **Texas Speed Dynamics LLC**                    Case number (if known)   **22-40934-elm7**

███ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.96 **Robert Lain** | **4405 Thorp Lane** <br> Number        Street | **Wells Fargo MC/VISA** | ☐ D <br> ☑ E/F <br> ☐ G |
| | **Fort Worth**          **TX**   **76244** <br> City                          State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **22-40934-elm7**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................ | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................................... | **$690,105.76** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................ | **$690,105.76** |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$0.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$2,500.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $1,572,710.53** |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................ | **$1,575,210.53** |

**Fill in this information to identify the case and this filing:**

Debtor Name  **Texas Speed Dynamics LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **22-40934-elm7**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/16/2022**
MM / DD / YYYY

X **/s/ Robert David Lain**
Signature of individual signing on behalf of debtor

**Robert David Lain**
Printed name

**President**
Position or relationship to debtor