

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2022**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-40934-elm7 |
| | § | |
| TEXAS SPEED DYNAMICS LLC | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND EXTENSION OF ALL DEADLINES

On this day, came on before the Court, the Debtor's "Motion to Extend Time to Files Schedules, Statement of Financial Affairs and Other Required Documents." The Motion to Extend was filed on May 11, 2022 and notice having been given to the trustee and the U.S. Trustee,

IT IS HEREBY ORDERED that the Debtor's deadline to file Schedules, Statement of Financial Affairs and other documents is extended until May 25, 2022.

***END OF ORDER***

Respectfully Submitted
/s/ Alice Bower
ALICE BOWER
State Bar No. 15148500
6421 Camp Bowie Blvd., Ste 300
Fort Worth, Texas 76116-2268
(817) 737-5436 Telephone
(817) 737-2970 Fax
alice@alicebower.com
Attorney for Debtor(s)