FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 22-40934-ELM | |
| Case Name: | DYNAMICS LLC, TEXAS SPEED | |
| For the Period Ending: | 6/30/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Roddrick B. Newhouse |
| Date Filed (f) or Converted (c): | 04/27/2022 (f) |
| §341(a) Meeting Date: | 06/01/2022 |
| Claims Bar Date: | 10/13/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Wells Fargo Checking Account 9888 | $205.76 | Unknown | | $0.00 | Unknown |
| 2  Texas Trust Credit Union Checking Account 0017 | $0.00 | $0.00 | | $0.00 | FA |
| 3  Office Equipment | $500.00 | $500.00 | | $0.00 | FA |
| 4  Dynameter | $35,000.00 | Unknown | | $0.00 | Unknown |
| 5  2 Automotive Lifts | $5,000.00 | Unknown | | $0.00 | Unknown |
| 6  Lease at 6568 Dick Price Rd, Mansfield, TX 76063 | $0.00 | $0.00 | | $0.00 | FA |
| 7  Claim Against Robert Chad Higgins | $650,000.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | | |
|---|---|---|---|---|---|
| | $690,705.76 | $500.00 | | | **Gross Value of Remaining Assets** |
| | | | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

07/23/2022    Trustee is in the process of reviewing value/status of scheduled assets.

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 04/01/2023 |
| Current Projected Date Of Final Report (TFR): | |

/s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE