

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 21, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS SPEED DYNAMICS, LLC | § | CASE NO. 22-40934-ELM-7 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER APPROVING TRUSTEE'S MOTION TO SELL AND CONVEY CERTAIN PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

CAME ON TO BE HEARD the Trustee's Motion to Sell and Convey Certain Property of the Estate Free and Clear of All Liens, Claims and Encumbrances (the "Motion") and the Court having considered the Motion and the docket finds as follows: that the notice of the sale was in all things property; that the Trustee has expressed sufficient due diligence for his decision to sell the property rather than abandon it; that the sale was conducted in good faith and reasonable and in the best interest of the creditors and the estate and should be approved; and that the Trustee is

Trustee's Motion to Sell Personal Property

selling the estate's interests, if any, in the personal property "as is, where is, with no warranties." IT IS THEREFORE:

**ORDERED** that the Trustee be and hereby is authorized to sell the estate's interest, if any, in such property (the "Property") "as is, where is, with no representations or warranties" free and clear of all liens, claims and encumbrances to Secret Properties for $2,000.00, with all such liens, if any, to reattach to the proceeds of sale in the same order and priority as they exist in the Property. It is further

**ORDERED** that the Court shall retain exclusive jurisdiction to determine any proceeding, dispute or controversy arising out of or related to this Order.

# # #  **END OF ORDER**  # # #

Trustee's Motion to Sell Personal Property