

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 15, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TEXAS SPEED DYNAMICS LLC, | § § | CASE NO. 22-40934-ELM7 |
| DEBTOR. | § § § | |

**ORDER ON TRUSTEE'S**
<u>**OBJECTION TO CLAIM NO. 22-1 FILED BY DIMARIO MARK**</u>

Came on for consideration the Trustee's Objection to Claim No. 22-1 to Dimario Mark ("Objection") filed by Roddrick Newhouse, Chapter 7 Trustee ("Trustee") in the above styled bankruptcy case. The Court hereby finds that the Trustee's Objection should be **ALLOWED** since no response or objection was timely filed by Dimario Mark. The Court, after considering the pleading, the records, finds that the following order should be entered. It is therefore,

**ORDERED** that the claim of Dimario Mark in the amount of $8,200.00 is hereby **DISALLOWED IN FULL.**

# # # END OF ORDER # # #

Prepared by:

Roddrick Newhouse, Trustee
401 Century Parkway
Suite 715
Allen, TX 75013
Telephone: (469) 777-6560
Email: **rn7trustee@gmail.com**